# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the Northern District of Illinois.

**Plaintiff**(s): JOSHUA GROEN

**Defendant**(s): WITECH COMPANY, INC., THOMAS WITVOET, JEFFREY KRYGSHELD, and DARREN PRINCE

County of Residence: Cook

County of Residence: Will, IL and Lake, IN

Plaintiff's Atty: Robert E. Bloch
Dowd, Bloch & Bennett
8 S. Michigan Avenue, 19th Flr,
Chicago IL 60603
312-372-1361

Defendant's Atty:

```
FILED: JUNE 27, 2008
08CV3704
JUDGE HIBBLER
MAGISTRATE JUDGE DENLOW

DAJ
```

<u>II. Basis of Jurisdiction</u>:   3. Federal Question (U.S. not a party)

<u>III. Citizenship of Principal Parties</u>
**(Diversity Cases Only)**

Plaintiff:-**N/A**

Defendant:-**N/A**

<u>IV. Origin</u> :   **1. Original Proceeding**

<u>V. Nature of Suit</u>:   **710. Fair Labor Standards Act**

<u>VI.Cause of Action</u>:   **Action for unpaid wages, damages, and other relief pursuant to 29 U.S.C. Sections 207(a)(1), 215(a)(3), and 216(b), and several Illinois state law claims.**

VII. Requested in Complaint

Class Action:**No**

Dollar Demand:

Jury Demand:**No**

<u>VIII</u>. This case **IS NOT** a refiling of a previously dismissed case.

**Signature:** s/Robert E. Bloch

**Date:** 6/27/08