## United States District Court for the Northern District of Illinois

Case Number: 08CV3704     Assigned/Issued By: DAJ

Judge Name: HIBBLER     Designated Magistrate Judge: DENLOW

### FEE INFORMATION

*Amount Due:*  [✓] $350.00    [ ] $39.00    [ ] $5.00
              [ ] IFP       [ ] No Fee    [ ] Other _____
              [ ] $455.00

Number of Service Copies _____     Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00     Receipt #: 2895185

Date Payment Rec'd: 06/27/08     Fiscal Clerk: DAJ

### ISSUANCES

[✓] Summons                              [ ] Alias Summons
[ ] Third Party Summons                  [ ] Lis Pendens
[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons   _____
                                          _____
[ ] Citation to Discover Assets          (Victim, Against and $ Amount)
[ ] Writ _____
         (Type of Writ)

  4   Original and   0   copies on  06/27/08   as to WITECH COMPANY,
                                    (Date)
PRINCE,KRYGSHELD,WITVOET.

C:\wpwin80\docket\feeinfo.frm     03/14/05